[Nos. 59228-9-I; 65701-1-I.   Division One.   May 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL M. ZELLMER, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 05-2-12055-0, Brian D. Gain, J., entered November 21, 2006. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Lau, JJ.

[No. 67274-6-I.   Division One.   May 28, 2013.]

DONALD CANFIELD, *Appellant*, v. MICHELLE CLARK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-44040-9, Susan J. Craighead, J., entered April 19, 2011. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Appelwick, J.

[No. 67646-6-I.   Division One.   May 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRK L. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07479-4, Mary Yu, J., entered August 12, 2011. *Affirmed* by unpublished per curiam opinion.

[No. 68249-1-I.   Division One.   May 28, 2013.]

REGINALD PETER SAUNDERS ET AL., *Respondents*, v. VERNON I. MEYERS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-14047-4, Gregory P. Canova, J., entered January 5, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Grosse, J. Now published at 175 Wn. App. 427.